United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 24-01334-JAW

Sandra Dee Moore                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                    User: mssbad                            Page 1 of 2

Date Rcvd: Jul 23, 2025                 Form ID: hn001jaw                       Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sandra Dee Moore, 1336 Moore Rd, Porterville, MS 39352-6605 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ecfbnc@aldridgepite.com | Jul 23 2025 19:36:00 | Aldridge Pite, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| | + Email/Text: RASEBN@raslg.com | Jul 23 2025 19:36:00 | Robertson Anschutz Schneid Crane & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + Email/Text: ecfbnc@aldridgepite.com | Jul 23 2025 19:36:00 | U.S. Bank National Association, not in its individ, Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| 5407795 | Email/Text: mtgbk@shellpointmtg.com | Jul 23 2025 19:36:00 | U.S. Bank National Association, c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2025                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:**

District/off: 0538-3          User: mssbad          Page 2 of 2

Date Rcvd: Jul 23, 2025          Form ID: hn001jaw          Total Noticed: 5

| Name | Email Address |
| --- | --- |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sandra Dee Moore trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form hn001jaw (07/21)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **Sandra Dee Moore**

    **CASE NO. 24–01334–JAW**

    **DEBTOR.**

    **CHAPTER 13**

### NOTICE OF HEARING

    U.S. Bank National Association, not in its individual capacity, but solely as Trustee of the NRZ Pass–Through Trust VII–B (Pref) has filed an Amended Notice of Mortgage Payment Change (the "Amended Notice") (Dkt. #40) with the Court in the above–styled case.

    **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold an evidentiary hearing (the "Hearing") August 11, 2025, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Amended Notice and the Trustee's Response (Dkt. #41).

    If you filed a response, you or your attorney are required to attend the Hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The Hearing will be electronically recorded by the Court.

    Dated: 7/23/25

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601–608–4600

Courtroom Deputy
601–608–4642 (use to advise of settlement)
601–608–4693

Parties Noticed:

Sandra Dee Moore, Debtor

Thomas Carl Rollins, Jr., Esq., Counsel for the Debtor

Torri Parker Martin, Trustee

U.S. Bank National Association

Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Aldridge Pite, LLP