

**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: August 13, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13:** |
| **SANDRA DEE MOORE** | **CASE NO. 24-01334-JAW** |

### ORDER
### STRIKING AMENDED NOTICE OF MORTGAGE PAYMENT CHANGE FILED BY U.S. BANK NATIONAL ASSOCIATION C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

**THIS MATTER** came before the Court, on August 11, 2025, for a hearing on the Amended Notice of Mortgage Payment Change filed by Creditor U.S. Bank National Association (Docket #40) and the Trustee's Response (Docket #41). The Court, having noted that the amended notice does not comply with the 21-day notice provision of Bankruptcy Rule 3002.1, finds the Amended Notice should be stricken.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Amended Notice of Mortgage Payment Change filed by Creditor U.S. Bank National Association c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing (Docket #40) is hereby stricken.

##END OF ORDER##

**SUBMITTED BY:**

/s/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com