**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**SANDRA DEE MOORE,** **CASE NO. 24-01334-JAW**

**DEBTOR.** **CHAPTER 13**

Sarah Labosier, Esq.

**<u>ORDER TO SHOW CAUSE</u>**

You are hereby ordered to appear on October 5, 2026, at 10:00 a.m. in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to comply with the Notice to File Corporate Ownership Statement (Dkt. #61) issued on September 17, 2026, in the above-styled case.

##END OF ORDER##