MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: Sandra Dee Moore

Debtor(s)

Case No.: 24-01334

Chapter: 13

# Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, U.S. Bank National Association, not in its individual capacity, but solely as Trustee of the NRZ Pass-Through Trust VII-B (Pref), a
[Name of Corporate Party]

**[Check One]**

- ☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**
- ☐ Corporate Debtor **FRBP 1007(a)(1)**
- ☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- ☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

☑ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 09/23/2026

/s/ Sarah Dunagan Labosier
Attorney Signature

Sarah Dunagan Labosier
Attorney Name

103522
State Bar Number

8650 Minnie Brown Road, Suite 120
Address

Montgomery, AL 36117
City, State, and Zip Code

(850) 422-2520
Telephone Number

plginquiries@padgettlawgroup.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**