**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**SANDRA DEE MOORE,** **CASE NO. 24-01334-JAW**

**CHAPTER 13**

**DEBTOR.**

**<u>ORDER DISMISSING ORDER TO SHOW CAUSE</u>**

There came on for consideration the Order to Show Cause (Dkt. #63) ("Order") entered on September 23, 2026, for failure to comply with the Notice to File Corporate Ownership Statement (Dkt. #61) entered on September 17, 2026. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##