United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-01334-JAW
Sandra Dee Moore Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Sep 22, 2026 Form ID: hn001jaw Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra Dee Moore, 1336 Moore Rd, Porterville, MS 39352-6605 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Halsey Parrott | on behalf of Creditor U.S. Bank National Association not in its individual capacity, but solely as Trustee of the NRZ Pass-Through Trust VII-B (Pref) Elizabeth.Parrott@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Sarah Dunagan Labosier | on behalf of Creditor U.S. Bank National Association not in its individual capacity, but solely as Trustee of the NRZ Pass-Through Trust VII-B (Pref) sarah.labosier@padgettlawgroup.com, bkcourtmail@smpclaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sandra Dee Moore trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | |

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form hn001jaw (07/21)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**Sandra Dee Moore**

**CASE NO. 24−01334−JAW**

**DEBTOR.**

**CHAPTER 13**

## NOTICE OF HEARING

The Trustee has filed a Motion Under Rule 3002.1(f)(1) and Notice to Determine the Status of the Mortgage Claim (the "Motion") (Dkt. #59) with the Court in the above−styled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold an evidentiary hearing (the "Hearing") October 5, 2026, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion and the Response filed by U.S. Bank National Association, not in its individual capacity, but solely as Trustee of the NRZ Pass−Through Trust VII−B (Dkt. #60).

If you filed a response, you or your attorney are required to attend the Hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The Hearing will be electronically recorded by the Court.

Dated: 9/22/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

Parties Noticed:

Sandra Dee Moore, Debtor

Thomas C. Rollins, Jr., Esq., Counsel for the Debtor

Torri Parker Martin, Trustee

Sarah Labosier, Esq., Counsel for the Respondent