**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 1, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**SANDRA DEE MOORE** **CASE NO. 24-01334-JAW**

# AGREED ORDER

**THIS MATTER** came before the Court on the Trustee's Motion Under Rule 3002.1(f)(1) and Notice to Determine the Status of the Mortgage Claim for U.S. Bank National Association c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing (the "Motion) (Docket #59) and the Response for U.S. Bank National Association, not in its individual capacity, but solely as Trustee of the NRZ Pass-Through Trust VII-B (Pref) (the "Creditor") (Docket #60). The Court being advised that the parties have reached an agreement finds as follows:

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion is hereby granted and the Response is hereby granted in part.

**IT IS THEREFORE ORDERED** that the post-petition payments are in the amount of $735.57 each as of July 2026 (Docket #58).

**IT IS THEREFORE ORDERED** that the Trustee has disbursed the following payments to cure arrearages:

**Trustee Disbursed Payments to Cure Arrearages:**

| Description | From | To | Amount |
|---|---|---|---|
| Prepetition arrearage allowed amount | 09/2024 | 08/2026 | $9,061.80 |
| Prepetition arrearage disbursed amount | 09/2024 | 08/2026 | $5,248.60 |
| Postpetition Fees, Expenses, and Charges noticed under Rule 3002.1(c) filed on 12/06/2024 (Docket #32) in the amount of $350.00. Postpetition Fees, Expenses, and Charges disbursed amount: | 12/2024 | 08/2026 | $202.72 |
| Postpetition obligation disbursements: | 08/2024 | 08/2026 | $18,875.67 |

**##END OF ORDER##**

**SUBMITTED BY:**

*/s/ Semoune Ellis*
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

*/s/ Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr., MSB# 103469
*Debtor's Attorney*
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com
jennifer@therollinsfirm.com

**AGREED BY:**

*/s/ Sarah Dunagan Labosier*
Sarah Dunagan Labosier,
MS Bar #103522
*Attorney for Creditor*
PADGETT LAW GROUP
6267 Old Water Oak Road
Tallahassee, FL 32312
Office: (850) 422-2520
Email:
Sarah.Labosier@padgettlawgroup.com